IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CLAY G. HARRISON,<br><br>　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC. D/B/A GM FINANCIAL,<br><br>　Defendant. | §<br>§<br>§<br>§<br>§　　EP-16-CV-00393-KC<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day, the Court considered the parties' proposed Agreed Order of Dismissal ("Proposed Order"), ECF No. 5, filed on October 14, 2016, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 17th day of October, 2016.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE